DARRYL J. HOROWITT #100898
C. FREDRICK MEINE III #203889
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FERNANDO RUBIO,<br><br>           Plaintiff,<br><br>      v.<br><br>OTANI PROPERTIES, A CALIFORNIA LIMITED PARTNERSHIP, SAUL MENDEZ ARIAS, MERCADO LA FLOR INC. dba MERCADO LA FLOR,<br><br>           Defendants. | CASE NO.  1:12-CV-00004-LJO-SKO<br><br>**STIPULATION FOR EXTENSION TO FILE AND SERVE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AND ORDER THEREON** |

WHEREAS the parties hereto wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings;

WHEREAS the parties wish to conserve the Court's resources and time;

IT IS STIPULATED by and between Plaintiff, FERNANDO RUBIO, and Defendants, OTANI PROPERTIES, A CALIFORNIA LIMITED PARTNERSHIP, SAUL MENDEZ ARIAS, MERCADO LA FLOR INC. dba MERCADO LA FLOR, ("Defendants"), through their respective counsel, that Defendants shall have, and hereby are granted an extension of time to and including February 27, 2012, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

/ / /

MOORE LAW FIRM, PC

Dated: January 19, 2012    By: /s/ Tanya E. Moore
                                TANYA E. MOORE
                                Attorneys for Plaintiff,
                                FERNANDO RUBIO

COLEMAN & HOROWITT, LLP

Dated: January 19, 2012    By: /s/ C. Fredrick Meine III
                                C. FREDRICK MEINE III
                                Attorneys for Defendants,
                                OTANI PROPERTIES, A California
                                Limited Partnership, SAUL MENDEZ
                                ARIAS and MERCADO LA FLOR INC.
                                dba MERCADO LA FLOR

ORDER

IT IS SO ORDERED.

**Dated:   January 23, 2012**            /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE