DARRYL J. HOROWITT #100898
C. FREDRICK MEINE III #203889
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -  FRESNO DIVISION

| | |
|---|---|
| FERNANDO RUBIO,<br><br>            Plaintiff,<br><br>     v.<br><br>OTANI PROPERTIES, A CALIFORNIA LIMITED PARTNERSHIP, SAUL MENDEZ ARIAS, MERCADO LA FLOR INC. dba MERCADO LA FLOR,<br><br>            Defendants. | CASE NO.  1:12-CV-00004-LJO-SKO<br><br>**STIPULATION FOR EXTENSION TO FILE AND SERVE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AND ORDER THEREON** |

   WHEREAS the parties hereto wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings;

   WHEREAS the parties wish to conserve the Court's resources and time;

   IT IS STIPULATED by and between Plaintiff, FERNANDO RUBIO, and Defendants, OTANI PROPERTIES, A CALIFORNIA LIMITED PARTNERSHIP, SAUL MENDEZ ARIAS, MERCADO LA FLOR INC. dba MERCADO LA FLOR, ("Defendants"), through their respective counsel, that Defendants shall have, and hereby are granted an extension of time to and including February 27, 2012, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

/ / /

1

2  MOORE LAW FIRM, PC

3

4  Dated: January 19, 2012          By: /s/ Tanya E. Moore
                                         TANYA E. MOORE
5                                        Attorneys for Plaintiff,
                                         FERNANDO RUBIO
6

7  COLEMAN & HOROWITT, LLP

8

9  Dated: January 19, 2012          By: /s/ C. Fredrick Meine III
                                         C. FREDRICK MEINE III
10                                       Attorneys for Defendants,
                                         OTANI PROPERTIES, A California
11                                       Limited Partnership, SAUL MENDEZ
                                         ARIAS and MERCADO LA FLOR INC.
12                                       dba MERCADO LA FLOR

13

14                                  ORDER

15

16  IT IS SO ORDERED.

17  **Dated:   January 23, 2012**             **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE
18