DARRYL J. HOROWITT #100898
C. FREDRICK MEINE III #203889
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -  FRESNO DIVISION

| | |
|---|---|
| FERNANDO RUBIO,<br><br>             Plaintiff,<br><br>v.<br><br>OTANI PROPERTIES, A CALIFORNIA LIMITED PARTNERSHIP, SAUL MENDEZ ARIAS, MERCADO LA FLOR INC. dba MERCADO LA FLOR,<br><br>             Defendants. | CASE NO.  1:12-CV-00004-LJO-SKO<br><br>**STIPULATION FOR EXTENSION TO FILE AND SERVE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AND ORDER THEREON** |

   WHEREAS the parties hereto wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings;

   WHEREAS the parties wish to conserve the Court's resources and time;

   WHEREAS Defendants have completed an inspection by a licensed California access specialist and are in the process of developing a plan for remediation of the access issues identified;

   WHEREAS the parties agree that once the remediation plan is complete, it is likely that the case will settle without further use of the Court's resources and time;

   IT IS STIPULATED by and between Plaintiff, FERNANDO RUBIO, and Defendants, OTANI PROPERTIES, A CALIFORNIA LIMITED PARTNERSHIP, SAUL MENDEZ ARIAS,

1

MERCADO LA FLOR INC. dba MERCADO LA FLOR, ("Defendants"), through their respective counsel, that Defendants shall have, and hereby are granted an extension of time to and including March 30, 2012, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

MOORE LAW FIRM, PC

Dated: February 15, 2012          By: /s/ Tanya E. Moore
                                      TANYA E. MOORE
                                      Attorneys for Plaintiff,
                                      FERNANDO RUBIO


COLEMAN & HOROWITT, LLP

Dated: February 15, 2012          By: /s/ C. Fredrick Meine III
                                      C. FREDRICK MEINE III
                                      Attorneys for Defendants,
                                      OTANI PROPERTIES, A California
                                      Limited Partnership, SAUL MENDEZ
                                      ARIAS and MERCADO LA FLOR INC.
                                      dba MERCADO LA FLOR

**ORDER**

IT IS SO ORDERED.

**Dated:   February 15, 2012**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE