K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>Plaintiff,<br><br>vs.<br><br>OTANI PROPERTIES, A California Limited Partnership, et al.,<br><br>Defendants. | No. 1:12-cv-00004-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendants Otani Properties, A California Limited Partnership, Saul Mendez Arias and Mercado La Flor, Inc. dba Mercado La Flor, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 8, 2012                                                                 MOORE LAW FIRM, P.C.


                                                                                          /s/Tanya E. Moore
                                                                                          Tanya E. Moore
                                                                                          Attorney for Plaintiff Fernando Rubio

///

*Rubio v. Otani Properties, A California Limited Partnership, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

Date: June 6, 2012                              COLEMAN & HOROWITT, LLP


                                                /s/ C. Frederick Meine, III
                                                C. Frederick Meine, III
                                                Attorneys for Defendants Otani Properties, A
                                                California Limited Partnership, Saul Mendez Arias
                                                and Mercado La Flor, Inc. dba Mercado La Flor


**ORDER**


The parties having so stipulated, that this action be dismissed with prejudice in its entirety,

IT IS SO ORDERED.

Dated:   **June 8, 2012**                           **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

*Rubio v. Otani Properties, A California Limited Partnership, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 2